■ MICHAEL E. LAMAR, Appellant, v CITY OF NEW YORK, Respondent, et al., Defendants. [888 NYS2d 883]—

While the City's generalized assertion of law office failure as the excuse for its delay is not particularly compelling, it constitutes "good cause" for the delay (*see Spira v New York City Tr. Auth.*, 49 AD3d 478 [2008]). No prejudice to plaintiff has been shown (*see Cirillo v Macy's, Inc.*, 61 AD3d 538, 540 [2009]), and New York's public policy strongly favors litigating matters on the merits (*see Silverio v City of New York*, 266 AD2d 129 [1999]). An affidavit of merit is not required where no default order or judgment has been entered (*see Cirillo, supra*). Concur—Saxe, J.P., Friedman, Acosta, Renwick and Abdus-Salaam, JJ.